IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:19-cv-258-BO

| | | |
|---|---|---|
| LORENZO D. BRYANT, | ) | |
| Plaintiff, | ) | |
| v. | ) | O R D E R |
| | ) | |
| WANDA A. BRYANT, | ) | |
| Defendant. | ) | |

This cause comes before the Court on the memorandum and recommendation of United

States Magistrate Judge Robert Jones. [DE 5]. On February 5, 2020, Judge Jones recommended

that this action be dismissed. For the reasons that follow, the M&R [DE 5] is ADOPTED and this

action is DISMISSED.

## BACKGROUND

In December 2019, plaintiff filed a *pro se* application to proceed *in forma pauperis* under

28 U.S.C. § 1915. Plaintiff brings a claim for damages, alleging defendant exploited a disabled

adult in violation of North Carolina law.

Judge Jones entered the instant memorandum and recommendation (M&R), granting the

application to proceed *in forma pauperis* and recommending that plaintiff's case be dismissed for

lack of subject-matter jurisdiction. Plaintiff filed no objections to the M&R.

## DISCUSSION

A district court is required to review *de novo* those portions of an M&R to which a party

timely files specific objections or where there is plain error. 28 U.S.C. § 636(b)(1); *Thomas v. Arn*,

474 U.S. 140, 149–50 (1985). "[I]n the absence of a timely filed objection, a district court need

not conduct *de novo* review, but instead must only satisfy itself that there is no clear error on the

face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (internal quotation and citation omitted).

The Court has reviewed the M&R and is satisfied that there is no clear error. Accordingly, the M&R is ADOPTED.

## CONCLUSION

The memorandum and recommendation of Magistrate Judge Jones [DE 5] is ADOPTED and this action is DISMISSED. The Clerk is DIRECTED to close the case.

SO ORDERED, this ___16___ day of March, 2020.

TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE